United States District Court
Southern District of Texas
**ENTERED**
January 23, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT HUYNH, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-17-3690 |
| | § | |
| MARK SIEGL, *et al.,* | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Pending before this court is petitioner's writ of habeas corpus. Dkt. 1. Petitioner is ORDERED to serve the writ and this order on defendants within seven days of the date of this order. Defendants shall file their response within three days of service.

Signed at Houston, Texas on January 23, 2018.

_____
Gray H. Miller
United States District Judge