United States District Court
Southern District of Texas
**ENTERED**
February 14, 2018
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| ROBERT HUYNH, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION H-17-3690 |
| | § | |
| MARK SIEGL, *et al.,* | § | |
| | § | |
| *Defendants.* | § | |

**ORDER**

Pending before this court is plaintiff's second amended petition for writ of habeas corpus.

Dkt. 4.  An oral hearing will be held on plaintiff's motion on Thursday, February 22, 2018 at 2:00

p.m. in Courtroom 9-D, 515 Rusk, Houston, Texas.  Plaintiff shall serve a copy of this order on

defendants and provide a certificate of service with the court immediately.

Signed at Houston, Texas on February 14, 2018.

_____
Gray H. Miller
United States District Judge