United States District Court
Southern District of Texas
**ENTERED**
February 21, 2018
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT HUYNH, A#027309930 | § | |
| | § | |
| *Petitioner,* | § | |
| | § | |
| v. | § | CIVIL ACTION H-17-3690 |
| | § | |
| MARK SIEGL, *et al.*, | § | |
| | § | |
| *Respondents.* | § | |

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO:   CCA - Houston Processing Center
      15850 Export Plaza Dr
      Houston TX 77032

TO:   UNITED STATES MARSHAL, SOUTHERN DISTRICT OF TEXAS
      OR ANY OTHER AUTHORIZED UNITED STATES MARSHAL

You are hereby ORDERED to deliver **Robert Huynh, A#027309930** into the custody of the United States Marshal for the Southern District of Texas on February 22, 2018 at 2:00 p.m. for the purpose of having same person appear for a hearing before the court at the United States District Court, 515 Rusk, Courtroom 9-D, Houston, Texas.  Said petitioner shall remain in the custody of the United States Marshal during the hours of court, for a period of one day.  At such time, petitioner will be returned to the custody of the CCA - Houston Processing Center.

Signed at Houston, Texas on February 21, 2018.

_____
Gray H. Miller
United States District Judge