**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| ROBERT HUYNH, A#027309930, § | |
| § | |
| *Petitioner*, § | |
| § | |
| v. § | CIVIL ACTION H-17-3690 |
| § | |
| MARK SIEGL, *et al.*, § | |
| § | |
| *Respondents*. § | |

## ORDER

Respondent's unopposed motion to continue hearing (Dkt. 12) is GRANTED. It is therefore ORDERED that the hearing on the amended petition is reset for Wednesday, March 14, 2018 at 3:00 p.m. in Courtroom 9-D, 515 Rusk, Houston, Texas. Respondents shall file their response no later than noon on Tuesday, March 13, 2018.

Signed at Houston, Texas on February 28, 2018.

Gray H. Miller
United States District Judge