United States District Court
Southern District of Texas
**ENTERED**
March 12, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROBERT HUYNH, A#027309930, § | |
| § | |
| *Petitioner*, § | |
| § | |
| v. § | CIVIL ACTION H-17-3690 |
| § | |
| MARK SIEGL, *et al.*, § | |
| § | |
| *Respondents*. § | |

### ORDER

Petitioner's motion for non-suit (Dkt. 14) is GRANTED.

Signed at Houston, Texas on March 12, 2018.

_____
Gray H. Miller
United States District Judge